# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALFRED JOSEPH

NO. 2021 KW 0756

**OCTOBER 5, 2021**

---

In Re:     Alfred Joseph, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Assumption, No. 00-
           CR-000130.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT